BRETT M. PABEN (FL Bar # 0416045)
2717 Stanfield Avenue
Orlando, FL 32814
Tel: (850) 322-1447
pabenlaw@gmail.com
*Pro Hac Vice*

RENÉ P. VOSS (CA Bar # 255758)
15 Alderney Road
San Anselmo, CA  94960
Tel:  (415) 446-9027
Fax:  (267) 316-3414
renepvoss@gmail.com

*Attorneys for Plaintiffs*

IGNACIA S. MORENO, Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

BRIDGET K. McNEIL, Trial Attorney (CO Bar # 34299)
Wildlife and Marine Resources Section
United States Department of Justice
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Ph: 303-844-1484
Fax: 303-844-1350
bridget.mcneil@usdoj.gov

JULIE S. THROWER, Trial Attorney (CA Bar # 253472)
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 305-0247
Facsimile: (202) 305-0506
julie.thrower@usdoj.gov

*Attorneys for Federal Defendants*

*Conservation Congress v. Heywood*
 No. 2:11-CV-02250-MCE-CMK
Stipulation to Stay Case and [Proposed] Order         1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> J. SHARON HEYWOOD, ET AL., <br><br> Defendants. | Case No. 2:11−CV−02250−MCE−CMK <br><br> STIPULATION TO STAY CASE AND ORDER |

      This stipulation to stay the litigation is entered into by Plaintiffs Conservation Congress and Citizens for Better Forestry and Defendants Sharon Heywood, in her official capacity as Forest Supervisor, Shasta-Trinity National Forest, the United States Forest Service, and the United States Fish and Wildlife Service ("FWS"). By and through counsel, the parties state as follows:

      WHEREAS on August 24, 2011, Plaintiffs filed the complaint initiating this litigation, alleging violations of the Endangered Species Act ("ESA"), the National Forest Management Act ("NFMA"), and the National Environmental Policy Act ("NEPA") in connection with the Gemmill Thin Project in the South Fork Management Unit of the Shasta-Trinity National Forest;

      WHEREAS on October 28, 2011, Defendants filed their answer to that complaint;

      WHEREAS on October 28, 2011, the parties filed a Joint Status Report advising the Court of the mutually-agreed deadlines for case, including the filing of the administrative record, resolution of issues concerning the sufficiency of the administrative record, and a summary judgment briefing schedule;

WHEREAS on January 13, 2012, the parties filed the First Amended Status Report modifying those deadlines;

WHEREAS on January 24, 2012, the Court entered the Pretrial Scheduling Order memorializing the modified deadlines;

WHEREAS on February 27, 2012, by and through counsel, Defendants advised Plaintiffs of the Forest Service's decision to voluntarily reinitiate the ESA Section 7 consultation process for the Gemmill Thin Project.

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:

1. Upon entry of the Court's order, the instant litigation will be stayed to allow for the Forest Service and FWS to complete the reinitiated ESA Section 7 consultation process and any attendant administrative processes otherwise required by law.

2. Counsel for Defendants shall notify counsel for Plaintiffs of the conclusion of any process described in Paragraph 1 within 2 days of such conclusion.

3. Within 15 days of the conclusion of all processes described in Paragraph 1, counsel for Defendants will provide counsel for Plaintiffs an electronic copy of the decision documents for the associated final agency actions, such as any new biological opinion or record of decision.

4. Within 30 days of the provision of the documents referenced in Paragraph 3, Plaintiffs shall advise Defendants of whether, and how, they intend to proceed with the instant litigation.

5. Within 15 days of the notification referenced in Paragraph 4, the parties shall file a joint status report with this Court advising it of the parties' proposals for whether, and how, the litigation should proceed.

Respectfully submitted this 2nd day of March 2012,

>*/s/ Brett M. Paben, by /s/ Bridget K. McNeil*
>*pursuant to email authorization on 3/2/12*
>Brett M. Paben (FL Bar # 0416045)
>2717 Stanfield Avenue
>Orlando, FL 32814
>Tel: (850) 322-1447
>pabenlaw@gmail.com
>*Pro Hac Vice*
>
>*Attorney for Plaintiffs*
>
>IGNACIA S. MORENO
>Assistant Attorney General
>Environment & Natural Resources Division
>
>*/s/ Bridget Kennedy McNeil*
>BRIDGET K. McNEIL
>Wildlife and Marine Resources Section
>U.S. Department of Justice
>999 18th Street, South Terrace, Suite 370
>Denver, CO 80202
>Ph: 303-844-1484
>Fax: 303-844-1350
>bridget.mcneil@usdoj.gov
>
>JULIE S. THROWER
>Natural Resources Section
>U.S. Department of Justice
>P.O. Box 7611
>Washington, D.C. 20044
>Telephone: (202) 305-0247
>Facsimile: (202) 305-0506
>Julie.Thrower@usdoj.gov
>
>*Attorneys for Federal Defendants*

IT IS SO ORDERED:

Dated:  March 7, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE