IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS, ET AL., | |
| Plaintiffs, | |
| vs. | Case No. 2:11−CV−02250−MCE−CMK |
| J. SHARON HEYWOOD, ET AL., | ORDER |
| Defendants. | |

Pursuant to the parties' Joint Status Report filed on July 22, 2014,

IT IS HEREBY ORDERED THAT:

1.  Plaintiffs shall file an amended complaint not later than August 6, 2014.

2.  Federal Defendants' response to the amended complaint will be due 30 days from the filing of the amended complaint.

3.  Federal Defendants will provide Plaintiffs' counsel of record an electronic copy of the Administrative Record on compact disk ("CD") or digital video disk ("DVD") by September 16, 2014.

4.  Not later than October 1, 2014, Plaintiffs shall inform Federal Defendants of any objections to the adequacy of the Administrative Record. Federal Defendants will respond to Plaintiffs' objections by October 15, 2014.

5.     If Federal Defendants determine that supplementation of the Administrative Record with additional documents is warranted, Federal Defendants will provide Plaintiffs' counsel of record an electronic copy of such documents on CD or DVD by October 29, 2014.

6.     Federal Defendants will certify and lodge two electronic copies of the complete Administrative Record on CD or DVD with the Court on October 29, 2014. Due to the large volume of pages anticipated to make up the administrative record, Federal Defendants are granted leave to deviate from the requirement in the local rules and the Court's standing order to provide a courtesy paper copy of filings in excess of 50 pages.  Federal Defendants will provide courtesy copies of the main decision documents to the Court.

7.     In the event that the parties are unable to resolve issues regarding the sufficiency of the Administrative Record and Plaintiffs believe it is necessary to file a motion challenging the adequacy of the Administrative Record, Plaintiffs will file their motion by October 29, 2014. Briefing will proceed in accordance with the local rules.

8.     The following amended briefing schedule for cross-motions for summary judgment will control unless modified:

| Date | Filing |
|---|---|
| November 13, 2014 | Plaintiffs' Motion for Summary Judgment (20 pages, per Court's standing order) |
| December 15, 2014 | Federal Defendants' Combined Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment (40 pages per the combined limits in the Court's standing order) |
| January 6, 2015 | Plaintiffs' Combined Opposition to Federal Defendants' Cross-Motion for Summary and Plaintiff's Reply to Plaintiff's Motion for Summary Judgment (30 pages per the combined limits in the Court's standing order) |
| January 20, 2015 | Federal Defendants' Reply to Cross-Motion for Summary Judgment (10 pages per the Court's standing order) |

*Conservation Congress v. Heywood*, No. 2:11−CV−02250−MCE−CMK
ORDER ON JOINT STATUS REPORT                                                                              2

9. The parties are granted leave to dispense with the local rule requirements to provide a Statement of Undisputed Facts and responses thereto. The parties' briefs will provide citation to the administrative record for facts relied upon in the arguments.

10. All other requirements and limitations on the Parties' briefs would remain consistent with the Court's order of January 23, 2012, ECF No. 14.

IT IS SO ORDERED.

Dated: November 4, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT