IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

CONSERVATION CONGRESS, ET AL.,

    Plaintiffs,

vs.

J. SHARON HEYWOOD, ET AL.,

    Federal Defendants.

Case No. 2:11−CV−02250−MCE−CMK

ORDER

Pursuant to the parties' Joint Motion to Amend Briefing Schedule filed on November 17, 2014, IT IS HEREBY ORDERED:

1. Each party's combined briefs shall not exceed a total of 50 pages.

2. The following amended briefing schedule for cross-motions for summary judgment will control unless modified:

| Date | Filing |
|---|---|
| November 18, 2014 | Plaintiffs' Amended Motion for Summary Judgment |
| December 19, 2014 | Federal Defendants' Combined Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment |
| January 9, 2015 | Plaintiffs' Combined Opposition to Federal Defendants' Cross-Motion for Summary and Plaintiffs' Reply to Plaintiffs' Motion for Summary Judgment |
| January 23, 2015 | Federal Defendants' Reply to Cross-Motion for Summary Judgment |

3. All other requirements and limitations on the parties' briefs would remain consistent with the Court's order of January 23, 2012, ECF No. 14, and November 4, 2014, ECF No. 21.

IT IS SO ORDERED.

Dated: November 20, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT