IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID R. MYERS, ET AL., <br><br> Defendants. | Case No. 2:11-CV-02250-MCE-CMK <br><br> ORDER RE: FEDERAL DEFENDANTS' OBJECTION TO PLAINTIFFS' UNTIMELY OPPOSITION TO MOTION TO STRIKE AND REQUEST FOR CLARIFICATION |

Upon consideration of Federal Defendants' Objection to Plaintiffs' Untimely Opposition to their Motion to Strike and Request for Clarification, and the response thereto, the Court, for good cause shown, hereby ORDERS that the Federal Defendant shall be permitted to file their Reply to Plaintiffs' Opposition to the Motion to Strike not later than 4:00 p.m. PST on Monday, April 20, 2015.

IT IS SO ORDERED.

Dated: April 15, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT